DANIEL BRODERICK, Bar #89424
Federal Defender

MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHRISTOPHER MICHAEL DEARMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-00164 LKK |
| Plaintiff, | ) ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | ) ) | |
| CHRISTOPHER MICHAEL DEARMAN, | ) ) | Date: June 27, 2006 Time: 9:30 A.M. |
| Defendant. | ) ) | Judge: Hon. Lawrence K. Karlton |
| _____ | ) | |

    IT IS HEREBY STIPULATED between the parties, William Wong, Assistant United States Attorney, attorney for plaintiff, and Matthew C. Bockmon, attorney for defendant CHRISTOPHER MICHAEL DEARMAN, that the current Status Conference date of June 13, 2006 be vacated, and that a new Status Conference date of June 27, 2006, at 9:30 a.m. be set.  This continuance is being requested because investigation and defense preparation is on-going.

    IT IS FURTHER STIPULATED that the period from June 13, 2006 through and including June 27, 2006 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

//

1 | counsel and defense preparation.

2 | Dated: June 9, 2006                    Respectfully submitted,

3 |                                         DANIEL BRODERICK
  |                                         Federal Defender
4 |

5 |
  |                                          /S/ Matthew C. Bockmon
6 |                                         MATTHEW C. BOCKMON
  |                                         Assistant Federal Defender
7 |                                         Attorney for Defendant
  |                                         CHRISTOPHER MICHAEL DEARMAN
8 |

9 | Dated:  June 9, 2006                    MCGREGOR W. SCOTT
  |                                         United States Attorney
10 |
   |                                        /s/ Matthew C. Bockmon for
11 |                                        _____
   |                                        WILLIAM WONG
12 |                                        Assistant U.S. Attorney
   |                                        per telephonic authority
13 |

14 |

15 |                         **O R D E R**

16 |

17 | IT IS SO ORDERED.

18 | Dated: June 9, 2006
   |                                        _____
19 |                                        LAWRENCE K. KARLTON
   |                                        SENIOR JUDGE
20 |                                        UNITED STATES DISTRICT COURT

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

Stipulation and Order                      2