DANIEL J. BRODERICK, Bar #89424
Federal Defender

MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHRISTOPHER MICHAEL DEARMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | NO. CR-S-06-0164-LKK |
|                                       ) |  |
|                  Plaintiff,           ) |  |
|                                       ) | ORDER AFTER HEARING |
|       v.                              ) |  |
|                                       ) |  |
| CHRISTOPHER MICHAEL DEARMAN,           ) |  |
|                                       ) | Judge: Hon. Lawrence K. Karlton |
|                  Defendant.           ) |  |
|                                       ) |  |
| _____ ) |  |

This matter was before the court on June 27, 2006 for a status conference. The government was represented by its counsel, William Wong, Assistant United States Attorney. Defendant, Christopher Michael Dearman, was present with his counsel, Matthew C. Bockmon, Assistant Federal Defender. The parties requested additional time in order to finalize on-going plea negotiations, and/or defense investigation and discovery review.

Good cause appearing therefor,

IT IS ORDERED that a Change of Plea Hearing be set for August 1, 2006, at 9:30 a.m. in Courtroom 4.

1      IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
2 (iv) and Local Code T4, the period from June 27, 2006 to and including
3 August 1, 2006, is excluded from the time computations required by the
4 Speedy Trial Act due to ongoing preparation of counsel.
5 Dated: June 30, 2006

```
                                  _____
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT
```