DANIEL BRODERICK, Bar #89424
Federal Defender

MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHRISTOPHER MICHAEL DEARMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-06-00164 LKK |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) CONTINUING STATUS CONFERENCE |
| CHRISTOPHER MICHAEL DEARMAN, | ) Date: August 8, 2006, 2006 |
| Defendant. | ) Time: 9:30 A.M. |
| | ) Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED between the parties, William Wong, Assistant United States Attorney, attorney for plaintiff, and Matthew C. Bockmon, attorney for defendant CHRISTOPHER MICHAEL DEARMAN, that the current Change of Plea hearing date of August 1, 2006 be vacated, and that a new Change of Plea hearing date of August 8, 2006, at 9:30 a.m. be set.  This continuance is being requested because investigation and defense preparation is on-going.

IT IS FURTHER STIPULATED that the period from August 1, 2006 through and including August 8, 2006 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

//

1  counsel and defense preparation.

2  Dated: July 28, 2006                    Respectfully submitted,

3                                          DANIEL BRODERICK
                                           Federal Defender
4

5
                                           _/S/ Matthew C. Bockmon_____
6                                          MATTHEW C. BOCKMON
                                           Assistant Federal Defender
7                                          Attorney for Defendant
                                           CHRISTOPHER MICHAEL DEARMAN
8

9  Dated:  July 28, 2006                   MCGREGOR W. SCOTT
                                           United States Attorney
10
                                           /s/ Matthew C. Bockmon for
11                                         _____
                                           WILLIAM WONG
12                                         Assistant U.S. Attorney
                                           per telephonic authority
13

14

15                              **O R D E R**

16

17  IT IS SO ORDERED.

18  Dated: July 31, 2006        _____
                                LAWRENCE K. KARLTON
19                              SENIOR JUDGE
                                UNITED STATES DISTRICT COURT
20

21

22

23

24

25

26

27

28

Stipulation and Order              2