DANIEL BRODERICK, Bar #89424
Federal Defender

MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHRISTOPHER MICHAEL DEARMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-00164 LKK |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| v. ) | |
| ) | |
| CHRISTOPHER MICHAEL DEARMAN, ) | Date: September 12, 2006 |
| ) | Time: 9:30 A.M. |
| Defendant. ) | |
| ) | Judge: Hon. Lawrence K. Karlton |
| _____ ) | |

    IT IS HEREBY STIPULATED between the parties, William Wong, Assistant United States Attorney, attorney for plaintiff, and Matthew C. Bockmon, attorney for defendant CHRISTOPHER MICHAEL DEARMAN, that the current Status Conference/Change of Plea hearing date of August 8, 2006 be vacated, and that a new Status Conference/Change of Plea hearing date of September 12, 2006, at 9:30 a.m. be set.  This continuance is being requested because investigation and defense preparation is on-going, and the parties continue to work on a resolution of the matter.

    IT IS FURTHER STIPULATED that the period from August 8, 2006 through and including September 12, 2006 should be excluded pursuant to

1 | 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
2 | counsel and defense preparation.

3 | Dated: August 3, 2006                    Respectfully submitted,

4 |                                          DANIEL BRODERICK
  |                                          Federal Defender

7 |                                          _/S/ Matthew C. Bockmon_____
  |                                          MATTHEW C. BOCKMON
  |                                          Assistant Federal Defender
8 |                                          Attorney for Defendant
  |                                          CHRISTOPHER MICHAEL DEARMAN

10 | Dated:  August 3, 2006                  MCGREGOR W. SCOTT
   |                                         United States Attorney

12 |                                         /s/ Matthew C. Bockmon for
   |                                         _____
   |                                         WILLIAM WONG
13 |                                         Assistant U.S. Attorney
   |                                         per telephonic authority

**O R D E R**

18 | IT IS SO ORDERED.

19 | Dated: August 4, 2006                   _____
   |                                         LAWRENCE K. KARLTON
20 |                                         SENIOR JUDGE
   |                                         UNITED STATES DISTRICT COURT