DANIEL J. BRODERICK, Bar #89424
Federal Defender

MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHRISTOPHER MICHAEL DEARMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR-S-06-0164-LKK |
| Plaintiff, | ) |
| v. | ) ORDER AFTER HEARING |
| CHRISTOPHER MICHAEL DEARMAN, | ) |
| Defendant. | ) Judge: Hon. Lawrence K. Karlton |

This matter was before the court on September 12, 2006 for a change of plea following the submission of a plea agreement. The government was represented by its counsel, Matthew Segal (for William Wong), Assistant United States Attorney. Defendant, Christopher Michael Dearman, was present with his counsel, Matthew C. Bockmon, Assistant Federal Defender. With respect to the pending plea agreement, Defendant requested a second opinion from another defense attorney. The court granted defendant's request and set a further status conference/change of plea hearing for October 3, 2006, at 9:30 a.m.

1     Good cause appearing therefor,

2     IT IS ORDERED that a further Status Conference/Change of Plea
3  Hearing be set for October 3, 2006, at 9:30 a.m. in Courtroom 4.
4     IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
5  (iv) and Local Code T4, the period from September 12, 2006, through and
6  including October 3, 2006, is excluded from the time computations
7  required by the Speedy Trial Act for defense preparation and
8  consultation regarding the pending plea offer.
9  Dated: September 18 ,2006

```
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```