HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
CHRISTOPHER DEARMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER MICHAEL DEARMAN,<br><br>Defendant. | No. CR. S-06-164 TLN<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable TROY L. NUNLEY |

Defendant, CHRISTOPHER MICHAEL DEARMAN, by and through his attorney, Assistant Federal Defender David Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On December 12, 2006, this Court sentenced Mr. Dearman to a term of 150 months imprisonment, comprised of two 90-month terms on each of Counts 1 and 3 (violations of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 922(g)(1)) to be served concurrently with each other, and one 60-month term on Count 2 (a violation of 18 U.S.C. § 924(c)(1)) to be served consecutively;

3. His total offense level was 23, his criminal history category was V, the resulting guideline range was 84 to 105 months, and Mr. Dearman received a sentence toward the low end of the guideline range;

4. The sentencing range applicable to Mr. Dearman was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Dearman's total offense level has been reduced from 23 to 21, his amended guideline range is 70 to 87 months, and a comparable point within the new guideline range would yield a sentence of 75 months on Counts 1 and 3;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Dearman's term of imprisonment to a term of 75 months on each of Counts 1 and 3 (violations of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 922(g)(1)) to be served concurrently with each other, and one 60-month term on Count 2 (a violation of 18 U.S.C. § 924(c)(1)) to be served consecutively, for a total term of 135 months;

7. In light of the parties' stipulation, the noticed motion filed April 23, 2015, is withdraw.

Respectfully submitted,

Dated:  May 12, 2015                               Dated:   May 12, 2015

BENJAMIN B. WAGNER                          HEATHER E. WILLIAMS
United States Attorney                              Federal Defender


 /s/ *Jason Hitt*                                            /s/ *David M. Porter*
JASON HITT                                              DAVID M. PORTER
Assistant U.S. Attorney                              Assistant Federal Defender

Attorney for Plaintiff                                  Attorney for Defendant
UNITED STATES OF AMERICA               CHRISTOPHER MICHAEL DEARMAN

///

///

///

///

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Dearman is entitled to the benefit Amendment 782, which reduces the total offense level from 23 to 21, resulting in an amended guideline range of 70 to 87 months. A comparable point within the new guideline range would yield a term of 75 months imprisonment.

IT IS HEREBY ORDERED that the term of imprisonment imposed in December 2006 is reduced to a term of 75 months on each of Counts 1 and 3, to be served concurrently with each other, and 60 months on Count 2, to be served consecutively to the term on Counts 1 and 3, for a total term of 135 months.

The noticed motion having been withdrawn, the hearing set for May 14, 2015, is VACATED.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Dearman shall report to the United States Probation Office within seventy-two hours after his release.

Dated: May 15, 2015

Troy L. Nunley
United States District Judge