# UNITED STATES DISTRICT COURT
for the

EASTERN     District of     CALIFORNIA

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
|  | ) Case No:  2:06CR00164-01 |
| CHRISTOPHER MICHAEL DEARMAN | ) |
|  | ) USM No:  16458-097 |
| Date of Original Judgment:          12/12/2006 | ) |
| Date of Previous Amended Judgment: | ) David Porter, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.    ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of          150          months **is reduced to**          135 months          .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated          12/15/2006          shall remain in effect.
**IT IS SO ORDERED**.

Order Date:          05/22/2015

*Judge's signature*

Effective Date:          11/01/2015                    Troy L. Nunley, United States District Court Judge
          *(if different from order date)*                    *Printed name and title*