**FILED**

August 17, 2017

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:06-CR-00164-01 |
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| CHRISTOPHER MICHAEL DEARMAN, | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release CHRISTOPHER MICHAEL DEARMAN,

Case No. 2:06-CR-00164-01 Charge 18 U.S.C. § 3606 , from custody for the following

reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

_____   Unsecured Appearance Bond $ _____

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

_____   (Other):  Ordered released on the terms and conditions stated

   X   on the record. The defendant is further ordered to complete

_____   an inpatient program.

Issued at Sacramento, California on August 17, 2017 at 9:50 AM.

By: _____

District Judge Troy L. Nunley