UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 18, 2018
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHRISTOPHER MICHAEL DEARMAN,

Defendant.

Case No. 2:06-CR-00164-TLN-1

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  CHRISTOPHER MICHAEL DEARMAN ,

Case No. 2:06-CR-00164-TLN-1  Charge 18 U.S.C. § 3583(e)(3), from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

_____ (Other): The Court found that the sole charge

**X** contained in the Violation Petition filed on 7/16/2018 is

**X** not true.

Issued at Sacramento, California on October 18, 2018 at 2:28 PM

By: _____
District Judge Troy L. Nunley