1  HEATHER E. WILLIAMS, Bar No. 122664
   Federal Defender
2  801 I Street, 3rd Floor
   Sacramento, CA  95814-2512
3  Tel: 916-498-5700/Fax: 916-498-5710
   heather_williams@fd.org
4
   Attorney for Defendant
5  CHRISTOPHER DEARMAN

6              IN THE UNITED STATES DISTRICT COURT

7             FOR THE EASTERN DISTRICT OF CALIFORNIA

8

| UNITED STATES OF AMERICA, | ) | Case No.  2:06-cr-164 TLN |
|---|---|---|
| 9 | ) | |
| Plaintiff, | ) | **MOTION TO WITHDRAW THE FEDERAL** |
| 10 | ) | **DEFENDER AND O R D E R** |
| vs. | ) | **GRANTING WITHDRAWAL AND** |
| 11 | ) | **APPOINTING COUNSEL** |
| CHRISTOPHER DEARMAN, | ) | |
| 12 | ) | |
| Defendant. | ) | |
| 13 | ) | |
| | ) | |

14

15          The defendant has, under oath, sworn or affirmed as to his financial inability to employ

16  counsel.  The Federal Defender, appointed since the Initial Appearance, is unable to continue

17  representing the defendant and moves to withdraw from representation and have Todd Leras,

18  who is willing to accept appointment, appointed effective February 7, 2019.

   DATED:  February 8, 2019                    HEATHER E. WILLIAMS
19                                             Federal Defender

20                                             s/Heather E. Williams
21                                             HEATHER E. WILLIAMS
                                               Federal Defender
22

23                              **O R D E R**

24          Upon the Federal Defender's Motion and good cause appearing, IT IS HEREBY

25  ORDERED granting the Federal Defender's Motion to Withdraw and appointing Todd Leras,

26  effective February 7, 2019.

27  DATED: February 8, 2019

28                                             _____
                                               Troy L. Nunley
                                               United States District Judge
                          1